IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS<br>TRI-STATE WELFARE PLAN,<br><br>                Plaintiffs,<br><br>v.<br><br>SECURITY FENCE CO., INC. a dissolved Illinois<br>corporation and JEFFREY H. COLE, individually and<br>d/b/a SECURITY FENCE, CO., INC.,<br><br>                Defendants. | Case No. 18 cv 154<br>Judge Kocoras |

## Judgment Order

WHEREAS, the Plaintiffs filed their Complaint on January 9, 2018 and the Defendants were personally served with copies of Summonses and Complaints; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendants, SECURITY FENCE CO., INC. a dissolved Illinois corporation and JEFFREY H. COLE, individually and d/b/a SECURITY FENCE, CO., INC., both jointly and severally, in the sum of **$16,536.69** representing the following amounts:

|    |                                      |             |
|----|--------------------------------------|-------------|
| a) | ERISA Contributions (06/17 - 12/17)  | $12,024.48  |
| b) | Liquidated Damages (06/17 - 02/18)   | $902.21     |
| c) | Attorney Fees and Costs              | $3,610.00   |
|    | **TOTAL**                            | **$16,536.69** |

ENTERED:

_____
CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE

DATED: 3/20/18