IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN )<br>)<br>)<br>Judgment-Creditors, )<br>v. )<br>)<br>SECURITY FENCE CO., INC. et al. )<br>)<br>Judgment-Debtor, )<br>)<br>)<br>BUSEY BANK )<br>)<br>Garnishment-Respondent. ) | Judge Kocoras<br>Case No. 18 cv 154 |

## Turn Over Order

This cause coming on to be heard before the Court on Plaintiffs' Motion for a Turn Over; due notice having been given, the Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1.    That the Garnishment-Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Garnishment in the amount of $16,536.69.

2.    That said funds shall be turned over to the Plaintiffs through their attorney to satisfy in part the judgment entered herein.

3.  That any and all funds in excess of the amount indicated in this order are to be returned to the account holder, that the freeze on said account is lifted and the Garnishment is dismissed.

ENTERED:

_____
CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE

DATED: 6/14/2018

2